OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 21, 2015

Anthony J. Fusco Jr., Esq.
Fusco & Macaluso
150 Passaic Avenue
P.O. Box 838
Passaic, NJ 07055

Alfred V. Gellene, Esq.
Fusco & Macaluso
150 Passaic Avenue
P.O. Box 838
Passaic, NJ 07055

RE: Dawn Guidotti v. Legal Helpers Debt Resolution, et al
Case Number: 15-1054
District Case Number: 1-11-cv-01219

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Dear Counsel:

It is noted that you filed an appearance on behalf of appellee. The brief of appellee has not been received.

If it is your intension to participate in this appeal, you must file within ten (10) days from the date of this letter:

    1. The brief of appellee, along with a motion for permission to file brief out of time; or

      2. Written notice that you wish to join in another responsive brief in this appeal, with proof of service.

Should you fail to act within the ten (10) day period, your appearance may be terminated on the docket. As it is the Court's policy that only active participants in the litigation may receive notice, you may no longer receive correspondence from this Court as a result of your failure to act.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: /s/ Tonya
Tonya, Case Manager
267-299-4938

cc:
Shaji M. Eapen, Esq.
John H. Pelzer, Esq.